**Electronically Filed**
**Intermediate Court of Appeals**
**30109**
**20-DEC-2013**
**01:03 PM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---oOo---


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
RANGIE B. ALANGCAS, Defendant-Appellant


NO. 30109


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 09-1-0308)


DECEMBER 20, 2013


FOLEY, PRESIDING JUDGE, FUJISE and LEONARD, JJ.


SECOND ORDER OF CORRECTION
(By:  Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on November 29, 2013, is hereby corrected as follows:

At page 29, line 14 from bottom, replace the word

Liberties with Libraries.

---

[1]    Foley, Presiding Judge, Fujise and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai‘i, December 20, 2013.

FOR THE COURT:

Associate Judge